UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAUL PANI,

                        Plaintiff,

              -against-

MAIN TRUCKING LLC, MAIN TRUCKING
CORPORATION, JOSE ROBERTO PALACIOS,

                      Defendants.
-----------------------------------------------------------------X

**REPORT AND RECOMMENDATIONS**
CV 18-622 (DRH)(ARL)

**LINDSAY, Magistrate Judge:**

      By Order dated June 26, 2019, District Judge Hurley referred the parties' motion for approval of the settlement to the undersigned. At the conference held on July 2, 2019, the undersigned determined that the parties' settlement agreement satisfies the requirements set forth in *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), cert. denied, 136 S. Ct. 824 (2016). Accordingly, the undersigned respectfully reports and recommends that the settlement be approved.

## OBJECTIONS

      A copy of this Report and Recommendation is being electronically served by the Court on the parties. Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a courtesy copy to the undersigned within 14 days. Failure to file objections within this period waives the right to appeal the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed R. Civ. P 72; Mejia v. Roma Cleaning, Inc., No. 17-3446, 2018 U.S. App. LEXIS 28235, 2018 WL 4847199, at *1 (2d Cir. Oct. 5, 2018) ("Plaintiff has waived any objections to the Magistrate's finding" by failing to timely object); Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C., 596 F.3d 84, 92 (2d Cir. 2010); Beverly v.

Walker, 118 F.3d 900, 902 (2d Cir. 1997).

Dated: Central Islip, New York  SO ORDERED:
       July 25, 2019

                                                                                                S/
                                          ARLENE ROSARIO LINDSAY
                                          United States Magistrate Judge